JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 11035**

------------------------------------------------X
SIMONSEN CHARTERING APS and
REDERIET M.H. SIMONSEN APS,

              Plaintiffs,

  - against -

FONNSHIP A/S and GULLFONN MANAGEMENT
A/S,

              Defendants.
------------------------------------------------X

07 CV _____

ECF CASE

RECEIVED DEC 0 5 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiffs certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiffs:   NONE.

Dated: December 5, 2007
       New York, NY

                              The Plaintiffs,
                              FONNSHIP A/S
                              GULLFONN MANAGEMENT A/S

                              By: _____
                              Nancy R. Peterson
                              Kevin J. Lennon
                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Avenue, Suite 300
                              New York, NY 10170
                              (212) 490-6050 - phone
                              (212) 490-6070 - fax
                              nrp@lenmur.com
                              kjl@lenmur.com