*SWEETS*

07 CV 11035

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SIMONSEN CHARTERING APS and
REDERIET M.H. SIMONSEN APS,

            Plaintiffs,

  - against -

FONNSHIP A/S and GULLFONN MANAGEMENT
A/S,

            Defendants.

-------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:
:

07 CV _____

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

**ORDER APPOINTING SPECIAL PROCESS
SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on December 5,

2007, and good cause shown having been shown, it is hereby

    ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson

or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, including

Gotham Process Servers, be, and is hereby, appointed, in addition to the United States Marshal,

to serve the Process of Attachment and Garnishment and the Verified Complaint, together with

any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon

information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account

of, Defendants.

Dated: New York, NY
      December 5, 2007

*John F. Keenan*
U.S.D.J.

*Part I*