

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave.
New York, NY
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd. Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
email@lenmur.com

*RECEIVED APR 0 8 2008 JUDGE SWEET CHAMBERS*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/9/08*

April 8, 2008

<u>Via Facsimile (212) 805-7925</u>
Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007-1581

Re: <u>Simonsen Chartering et ano v. Fonnship A/S et ano.</u>
Docket No. 07 CV 11035 (RWS)
Our Ref: 07-1309

Dear Judge Sweet:

We are attorneys for the Plaintiffs in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. We submit this letter to seek an adjournment of the scheduled initial conference as per your Honor's Order dated March 12, 2008.

On December 6, 2007, Judge Keenan, as Part I Justice, issued an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendants' property in the hands of garnishee banks located within the Southern District of New York. The Defendants have not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendants' property has been restrained in the district.

As Defendants have not appeared and no property has been attached, we respectfully request a ninety (90) day adjournment of the pre-trial conference scheduled for April 9, 2008 at 4:30 p.m. until July 9, 2008 at 4:30 p.m. In the interim, we will continue to serve the Writ of Attachment seeking secure Plaintiff's claim and to obtain jurisdiction over the Defendant. In the event funds are attached and/or the Defendants appear in this action we will promptly notify the Court.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment.

Respectfully submitted,

*Kevin J. Lennon*

*So ordered
Sweet T
USDJ
4.9.08*

KJL/bhs

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy R. Siegel | Anne C. LeVasseur | Coleen A. McEvoy