SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SIMONSEN CHARTERING APS and
REDERIET M.H. SIMONSEN APS,

                Plaintiffs,

- against -

FONNSHIP A/S and GULLFONN MANAGEMENT
A/S,

                Defendants.
----------------------------------------------------------X

07 CV 11035 (RWS)

ECF CASE

RECEIVED JUN 0 3 2008 JUDGE SWEET CHAMBERS

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment.

Dated:     June 2, 2008
             New York, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/08

The Plaintiffs,
FONNSHIP A/S
GULLFONN MANAGEMENT A/S

By: _____
Kevin J. Lennon
Nancy R. Peterson (Siegel)
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - fax
kjl@lenmur.com / nrp@lenmur.com

So ordered

_____
U.S.D.J.
6.3.08